THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE: Ashley R Syx

CHAPTER 13
CASE NO: 20-50086

Debtor

**TRUSTEE'S INTENT TO PAY CLAIMS AS OF 06/02/2020**

| CLAIM # | CLASS | NAME OF THE CLAIMANTS | SCHEDULED | FILED | TO BE PAID | PAY % |
|---|---|---|---|---|---|---|
| 01-2 | Secured | QUICKEN LOANS<br>1715 TOEPHER<br>PER SEC 3.5 | None | None | None | 100.0000% |
|  | Secured | OHIO HOUSING FINANCE AGENCY<br>1715 TOEPHER<br>PER SEC 3.5 | None | None | None | 100.0000% |
| 02-1 | Unsecured | JPMORGAN CHASE BANK NA | 10,681.00 | 10,438.00 | 10,438.00 | 100.0000% |
| 03-1 | Unsecured | VERIZON | None | 359.63 | 359.63 | 100.0000% |
|  | Attorney Fee | T JEFFREY TUMLIN | 1,000.00 | 1,000.00 | 1,000.00 | 100.0000% |
|  | Other Attorney | T JEFFREY TUMLIN | None | 1,200.00 | 1,200.00 | 100.0000% |
|  | Debtor Refund | Ashley R Syx | None | None | None | 100.0000% |

NOTICE

Absent an objection or court order, the Trustee shall pay proofs of claims as filed pursuant to Bankruptcy Code Section 502 and Bankruptcy Rule 3001(F). If the Debtor(s) have an objection to paying a claim as filed they should immediately contact their attorney to discuss if an objection can be filed to the claim.

Keith L. Rucinski
Chapter 13 Trustee
One Cascade Plaza, Suite 2020
Akron, OH 44308

A copy of the foregoing Trustee's Intent to Pay Claims was served electronically thru ECF on the debtor's attorney and either by regular U.S. mail upon the debtor(s), or via email upon the debtor(s) with written permission provided to the Trustee.

Ashley R Syx
1715 Toepher Road
Akron, OH 44312

T JEFFREY TUMLIN
124 LAFAYETTE ROAD STE 205
MEDINA, OH 44256