THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

IN RE: ) CHAPTER 13
) CASE NO: 20-50086
Ashley R Syx )
) ALAN M. KOSCHIK
) BANKRUPTCY JUDGE
DEBTOR(S) )
) TRANSMITTAL OF UNCLAIMED FUNDS

Keith L. Rucinski, Standing Chapter 13 Trustee, reports the following:

1. In the above captioned case, the Trustee has made a distribution to the following creditor(s):

   **Ashley R Syx**
   **Check 2044553**
   **Claim # 0**

   However, either the check has been returned to the Trustee or a stop payment has been issued by the Trustee due to creditor's failure to negotiate the check

2. The Chapter 13 Trustee is hereby enclosing a check in the amount of **$6,751.14** payable to the Clerk of the United States Bankruptcy Court for deposit in the Court's depository account.

Date: **10/6/2021**

Respectfully submitted,

/s/ **Keith L. Rucinski**
Keith L. Rucinski, Chapter 13 Trustee
Ohio Reg. No. 0063137
One Cascade Plaza, Suite 2020
Akron, OH 44308
Phone 330.762.6335
Fax 330.762.7072

**CHAPTER 13**
Keith L. Rucinski
Trustee
One Cascade Plaza,
Suite 2020
Akron, OH 44308
(330)762-6335
Fax
(330)762-7072

CERTIFICATE OF SERVICE

I hereby certify that on 10/06/2021, the following were served a copy of this pleading:

<u>Via Regular Mail</u>

Ashley R Syx
1715 Toepher Road
Akron, OH 44312

<u>Via ECF</u>

T JEFFREY TUMLIN (jeff@tumlinlaw.com)
Office of the US Trustee (ustpregion09.cl.ecf@usdoj.gov)
Keith L. Rucinski. Chapter 13 Trustee (krucinski@ch13akron.com)

| | |
|---|---|
| Date of Service: 10/06/2021 | By: <u>N. Everly</u><br>Office of the Chapter 13 Trustee |

**CHAPTER 13**
Keith L. Rucinski
Trustee
One Cascade Plaza,
Suite 2020
Akron, OH 44308
(330)762-6335
Fax
(330)762-7072